UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA MENDEZ, *individually and on behalf of others similarly situated*,

                    Plaintiff,

– against –

ONE JEANSWEAR GROUP INC. *and* ONE JEANSWEAR GROUP LLC,

                    Defendants.

**ORDER**

24-cv-7512 (ER)

    The Court is in receipt of the Mediator's report that agreement was reached on all issues. As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by March 7, 2025. Additionally, the conference currently scheduled for February 25, 2025, at 10:00 AM is cancelled.

    It is SO ORDERED.

Dated: February 21, 2025
       New York, New York

                                                      _____
                                                      Edgardo Ramos, U.S.D.J.