clear letter



**Monteiro & Fishman LLP**
ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street
Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600

March 7, 2025

Via ECF
Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 619
New York, New York 10007

**MEMO ENDORSED**

Re:   *Martinez v. One Jeanswear Group Inc. et al.*, Case No. 1:24-cv-07512

Dear Judge Ramos:

I represent Plaintiffs in this FLSA/NYLL case. On February 24th, the Court directed the Parties to submit their settlement agreement for *Cheeks* review by today. The parties hereby request a seven-day extension (until March 14th) to submit the agreement as we are still finalizing it.

The parties thank the Court for its courtesy and for presiding over this case.

The application is  X  granted
                  ___ denied

*[signature]*
Edgardo Ramos, U.S.D.J
Dated:   3/07/2025
New York, New York

Respectfully submitted,

/s/Marcus Monteiro